26

FILED
2003 OCT -8 A 10: 44

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

### AT NEW HAVEN

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | NO. 3:02CV1309 MRK  SRU |
| and | |
| RACHEL EGAN | OCTOBER 8, 2003 |
| and | |
| LOYAL EGAN | |
| PLAINTIFFS | CIVIL ACTION |
| VS. | |
| ATTORNEY JOHN BERMAN | |
| and | PLAINTIFFS EMERGENT |
| BERMAN, BOURNS, CURRIE, AND DEMBO | REQUEST FOR |
| and | ENLARGEMENT OF TIME |
| PAUL EGAN | |
| DEFENDANTS | |

MOTION GRANTED.
/s/ Stefan R. Underhill, U.S.D.J.
10/16/03

## **REQUEST FOR EMERGENT**

## **ENLARGEMENT OF TIME**

The plaintiffs respectfully request an emergent Enlargement of Time for the following reasons:

The plaintiff, Hadley Macpherson, has become ill.

The plaintiff is unable to continue without a moment of physical rest.

The plaintiff has blood in her urine.

The plaintiff is in significant abdominal discomfort.

The plaintiff has tried to continue to work despite the nausea associated with the condition causing the blood to be in the urine.

The plaintiff needs immediate rest.

The plaintiff, who was to pick up her daughter in North Carolina from college in two days, has had to make other arrangements as she cannot make the trip.

**Wherefore,** the plaintiffs respectfully requests an Enlargement of Time by which to give the antibiotics a chance to work long enough to enable the plaintiff to continue without harming herself.

The plaintiff requests an extension of 10 days, or any amount of time that the Court feels is appropriate under the circumstances to prevent manifest injustice.

With a ten day Enlargement of Time, the new date if granted on top of the date already asked for in previous Motion, would be October 25, 2003

Respectfully Submitted,

*Rachel Egan*

*Loyal Egan*

*Hadley Macpherson*

Hadley Macpherson
P.O. Box 501
Lahaska, PA
18931
(215) 872 - 2194

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed this day, October 8, 2003 to Attorney Kevin Majewski, of Robinson & Cole, at 280 Trumbull Street, Hartford, CT 06103 - 3597, and Paul Egan, at P.O. Box 83, Centerbrook, CT. 06409.

*Rachel Egan*
Rachel Egan

*Loyal Egan*
Loyal Egan

Plaintiff Pro Se

*Hadley Macpherson*
Hadley Macpherson
P.O. Box 501
Lahaska, PA   18931
(215) 230 - 8998