**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

HADLEY MACPHERSON (aka LISA EAGAN),     CIVIL CASE NO.
RACHEL EAGAN and LOYAL EAGAN            3:02cv1309(AVC)

                    Plaintiffs,

v.

ATTORNEY JOHN BERMAN, BERMAN,
BOURNS & CURRIE, LLC and PAUL EAGAN,

                                        OCTOBER 17, 2003
                    Defendants.
_____

## MOTION FOR EXTENSION OF TIME TO FILE FORM 26(f)

By way of a Notice to Counsel dated September 23, 2003, the parties in this matter were ordered to file a Form 26(f) Report within 10 days.  Subsequent to the receipt of the Notice, the undersigned contacted the plaintiff, Hadley Macpherson, and discussed the requirement of filing a Form 26(f) Report.

The defendants in this matter filed a Motion to Dismiss dated January 28, 2003 which has yet to be responded to by the plaintiff.  The plaintiff has filed numerous motions for extension of time to file a responsive pleading.  Accordingly, with the consent of the plaintiff, the undersigned is requesting that the Court extend the time by which the Form (f) Report must be filed with the Court.

HART1-1134738-1

Alternatively, the defendants move for the Court to set scheduling deadlines which include a deadline for the plaintiff to file a responsive pleading to the defendant's motion to dismiss.

ROBINSON & COLE LLP

By:___ / s / Kevin E. Majewski
     Kevin E. Majewski
     Federal Bar #ct 20120
     E-mail:  kmajewski@rc.com
     Robinson & Cole LLP
     280 Trumbull Street
     Hartford, CT  06103
     Tel.:  (860) 275-8200
     Fax.:  (860) 275-8299

**<u>CERTIFICATION</u>**

This is to certify that a copy of the foregoing was mailed via first-class mail,

postage prepaid, on this 17th day of October, 2003, as follows:

Hadley Macpherson (Lisa Egan)     Rachel Egan
P.O. Box 501                            P.O. Box 501
Lahaska  PA  18931               Lahaska  PA  18931

Loyal Egan                       Paul B. Egan
P.O. Box 501                            44 Kendall Street
Lahaska  PA  18931               New Haven  CT  06512

<u>       / s /  Kevin E. Majewski  </u>
Kevin E. Majewski

- 3 -