UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HADLEY MACPHERSON (aka LISA EAGAN), RACHEL EAGAN and LOYAL EAGAN | CIVIL CASE NO. 3:02cv1309(AVC) |
| Plaintiffs, | |
| v. | |
| ATTORNEY JOHN BERMAN, BERMAN, BOURNS & CURRIE, LLC and PAUL EAGAN, | |
| Defendants. | OCTOBER 17, 2003 |

### MOTION FOR EXTENSION OF TIME TO FILE FORM 26(f)

By way of a Notice to Counsel dated September 23, 2003, the parties in this matter were ordered to file a Form 26(f) Report within 10 days. Subsequent to the receipt of the Notice, the undersigned contacted the plaintiff, Hadley Macpherson, and discussed the requirement of filing a Form 26(f) Report.

The defendants in this matter filed a Motion to Dismiss dated January 28, 2003 which has yet to be responded to by the plaintiff. The plaintiff has filed numerous motions for extension of time to file a responsive pleading. Accordingly, with the consent of the plaintiff, the undersigned is requesting that the Court extend the time by which the Form (f) Report must be filed with the Court.

HART1-1134738-1

October 28, 2003. GRANTED. The Rule 26(f) report shall be due until the tenth day following the court's ruling on the motion to dismiss. In the event the court renders an order dismissing this matter, the requirement will be void. SO ORDERED. Alfred V. Covello, U.S.D.J.