FILED

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

2003 OCT 20 P 1:05

## AT NEW HAVEN

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | NO. 3:02CV1309 SRU |
| and | |
| RACHEL EGAN | OCTOBER 16, 2003 |
| and | |
| LOYAL EGAN | |
| PLAINTIFFS | CIVIL ACTION |
| VS. | |
| ATTORNEY JOHN BERMAN | PLAINTIFFS' MOTION |
| and | FOR ENLARGEMENT |
| BERMAN, BOURNS, CURRIE, AND DEMBO | OF TIME TO COMPLETE |
| and | 26f AND CONFERENCE |
| PAUL EGAN | |
| DEFENDANTS | |

MOTION GRANTED.
SO ORDERED. Stefan R. Underhill, U.S.D.J. 10/28/03