FILED

# UNITED STATES DISTRICT COURT

2003 NOV 14 P 12: 11

# DISTRICT OF CONNECTICUT

## AT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | NO. 3:02CV1309 SRU |
| and | |
| RACHEL EGAN | NOVEMBER 13, 2003 |
| and | |
| LOYAL EGAN | |
| PLAINTIFFS | CIVIL ACTION |
| VS. | |
| ATTORNEY JOHN BERMAN | PLAINTIFFS' MOTION |
| and | FOR EXTENSION OF TIME |
| BERMAN, BOURNS, CURRIE AND DEMBO | TO RESPOND TO MOTION |
| and | TO DISMISS |
| PAUL EGAN | |
| DEFENDANTS | |

# PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

The plaintiffs respectfully request an Extension of Time to respond to Defendant's Motion to Dismiss.

The situation referred to in the previous request for an Extension of Time was made worse, and the plaintiff, Hadley Macpherson, was physically hindered in her ability to complete the oppositional documents by the deadline requested.

On November 7, 2003, the plaintiff, who was pregnant with a set of twins, miscarried.

The physical and emotional issues in the days prior to and subsequent to that date significantly impeded the plaintiff, Hadley Macpherson from completing both her documents in this case, and the documents due in the case of Macpherson, Egan, v. Hodgdon #3:01CV01555 SRU by the present deadlines.

If the Court requires documentation of the pregnancy and miscarriage, the plaintiff can provide it.

For obvious reasons, if at all possible, the plaintiff, would wish her medical record remain private, as the specific details of her circumstance have no relevance to the factual issues involved in this case.

Wherefore, the Plaintiffs respectfully request an extension of time of 14 days to respond to the defendants' Motion to Dismiss, or any amount of time that the Court is willing to grant to them to prevent manifest injustice.

_Rachel Egan_
Rachel Egan

_Loyal Egan_
Loyal Egan

Respectfully Submitted,

_Hadley Macpherson_
Hadley Macpherson
P.O. Box 501
Lahaska, PA   18931
(215) 872 - 2194

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed this day, November 13, 2003, to Attorney Kevin Majewski, of Robinson & Cole, at 280 Trumbull Street, Hartford, CT  06103 - 3597, and Paul Egan, at P.O. Box 83, Centerbrook, CT. 06409.

_Rachel Egan_
Rachel Egan

_Loyal Egan_
Loyal Egan

Plaintiff Pro Se

_Hadley Macpherson_
Hadley Macpherson
P.O. Box 501
Lahaska, PA   18931
(215) 872 - 2194