*STATUS CONFERENCE HELD*
*DATE: 12/5/03*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Stefan R. Underhill, U. S. D. J.
915 Lafayette Boulevard
Bridgeport

December 5, 2003

10:00 a.m.

CASE NO. **3:02cv1309**    **Macpherson v Berman**

Kevin E. Majewski
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597


Hadley Macpherson
P.O. Box 501
Lahaska, PA    18931


Paul Egan
44 Kendall Street
New Haven, CT 06512

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK