**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| HADLEY MACPHERSON (aka LISA EAGAN), RACHEL EAGAN and LOYAL EAGAN<br>Plaintiffs, | CIVIL CASE NO.<br>3:02cv1309(AVC) |
| v. | |
| ATTORNEY JOHN BERMAN, BERMAN, BOURNS & CURRIE, LLC and PAUL EAGAN,<br><br>Defendants. | MARCH 12, 2004 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Rules of Civil Procedure for the United States District

Court, Kevin E. Majewski requests leave to withdraw his appearance for defendants, Attorney

John Berman and Berman, Bourns & Currie, LLC in this action.  New counsel from Robinson &

Cole LLP has filed an appearance on behalf of the defendants, Attorney John Berman and

Berman, Bourns & Currie, LLC.

ROBINSON & COLE LLP

By:_____
    Kevin E. Majewski
    Federal Bar #ct 20120
    E-mail:  kmajewski@rc.com
    Robinson & Cole LLP
    280 Trumbull Street
    Hartford, CT  06103
    Tel.:  (860) 275-8200
    Fax.:  (860) 275-8299

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was mailed via first-class mail, postage

prepaid, on this 12th day of March, 2004, as follows:

Hadley Macpherson (Lisa Egan)
P.O. Box 501
Lahaska  PA  18931

Rachel Egan
P.O. Box 501
Lahaska  PA  18931

Loyal Egan
P.O. Box 501
Lahaska  PA  18931

Paul B. Egan
44 Kendall Street
New Haven  CT  06512


_____
Kevin E. Majewski