## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| HADLEY MACPHERSON (aka LISA EAGAN), RACHEL EAGAN and LOYAL EAGAN | :    CIVIL CASE NO.<br>:    3:02cv1309(AVC) |
| Plaintiffs, | : |
| v. | : |
| ATTORNEY JOHN BERMAN, BERMAN, BOURNS & CURRIE, LLC and PAUL EAGAN, | : |
| Defendants. | :    MARCH 12, 2004 |

### APPEARANCE

Please enter the appearance of the undersigned as counsel for the defendants, Attorney John Berman and Berman, Bourns & Currie, LLC.

                                                        ROBINSON & COLE LLP

                                                        By: _____
                                                         David S. Samuels
                                                         Federal Bar #ct 24460
                                                         E-mail: dsamuels@rc.com
                                                        Robinson & Cole LLP
                                                          280 Trumbull Street
                                                         Hartford, CT 06103
                                                         Tel.: (860) 275-8200
                                                         Fax.: (860) 275-8299

CERTIFICATION

This is to certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on this 12th day of March, 2004, as follows:

Hadley Macpherson (Lisa Egan)  
P.O. Box 501  
Lahaska  PA  18931

Rachel Egan  
P.O. Box 501  
Lahaska  PA  18931

Loyal Egan  
P.O. Box 501  
Lahaska  PA  18931

Paul B. Egan  
44 Kendall Street  
New Haven  CT  06512

David S. Samuels