37

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 MAR 15 P 2: 52
U.S. DISTRICT COURT
HARTFORD, CT.

HADLEY MACPHERSON (aka LISA EAGAN),   CIVIL CASE NO.
RACHEL EAGAN and LOYAL EAGAN          3:02cv1309(AVC) RKW
   Plaintiffs,

v.

ATTORNEY JOHN BERMAN, BERMAN,
BOURNS & CURRIE, LLC and PAUL EAGAN,

   Defendants.   MARCH 12, 2004

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Rules of Civil Procedure for the United States District Court, Kevin E. Majewski requests leave to withdraw his appearance for defendants, Attorney John Berman and Berman, Bourns & Currie, LLC in this action. New counsel from Robinson & Cole LLP has filed an appearance on behalf of the defendants, Attorney John Berman and Berman, Bourns & Currie, LLC.

         ROBINSON & COLE LLP

         By: /s/ Kevin E. Majewski
         Kevin E. Majewski
         Federal Bar #ct 20120
         E-mail: kmajewski@rc.com
         Robinson & Cole LLP
         280 Trumbull Street
         Hartford, CT 06103
         Tel.: (860) 275-8200
         Fax.: (860) 275-8299

MOTION GRANTED.
SO ORDERED. /s/ 3/18/04

2004 MAR 19 A 8: 48
U.S. DISTRICT COURT
BRIDGEPORT, CONN