```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

         Telephone Status Conference Calendar

           Stefan R. Underhill, U. S. D. J.
                915 Lafayette Boulevard
                      Bridgeport


                    April 14, 2004

                      5:30 p.m.
```

CASE NO. **3:02cv1309    Macpherson v Berman**

Hadley Macpherson
Rachel J. Egan
Loyal B. Egan
P.O. Box 501
Lahaska, PA 18931

David S. Samuels
Robinson & Cole
280 Trumbull St.
Hartford, CT 06103-3597


Paul Egan
44 Kendall Street
New Haven, CT 06512




                               BY ORDER OF THE COURT
                               KEVIN F. ROWE, CLERK