UNITED STATES DISTRICT COURT  FILED
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HADLEY MACPHERSON (aka LISA EAGAN), RACHEL EAGAN and LOYAL EAGAN | : | CIVIL CASE NO. 3:02cv1309(AVC) |
| Plaintiffs, | : | 2004 APR 16  A 10: 29 |
| v. | : | DISTRICT COURT HARTFORD, CT. |
| ATTORNEY JOHN BERMAN, BERMAN, BOURNS & CURRIE, LLC and PAUL EAGAN, | : | |
| Defendants. | : | APRIL 15, 2004 |

## APPEARANCE

Please enter the appearance of the undersigned as counsel for the defendants, Attorney John Berman and Berman, Bourns & Currie, LLC.

ROBINSON & COLE LLP

By: _____
James A. Wade
Federal Bar #ct 00086
E-mail: jwade@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: (860) 275-8200
Fax.: (860) 275-8299

HART1-1174489-1

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on this 15th day of April, 2004, as follows:

Hadley Macpherson (Lisa Egan)  
P.O. Box 501  
Lahaska  PA  18931

Loyal Egan  
P.O. Box 501  
Lahaska  PA  18931

Rachel Egan  
P.O. Box 501  
Lahaska  PA  18931

Paul B. Egan  
44 Kendall Street  
New Haven  CT  06512

_____  
James A. Wade