UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2004 APR 14  P 3: 57

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| HADLEY MacPHERSON, ET. AL, Plaintiffs, | : |
| v. | : CIVIL ACTION NO. 3:02cv1309 (SRU) |
| JOHN BERMAN, ET AL, Defendants. | : |

### ORDER

For the reasons set forth today, on the record, the plaintiff's motion for extension of time (doc. # **30**) is DENIED as moot. The plaintiffs are ordered to file an amended complaint no later than **Friday, May 14, 2004. Failure to comply with this deadline will result in dismissal of the case.**

It is so ordered.

Dated at Bridgeport, Connecticut, this 14th day of April 2004.

/s/ Stefan R. Underhill
United States District Judge