## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| HADLEY MACPHERSON (aka LISA EAGAN), RACHEL EAGAN and LOYAL EAGAN | CIVIL CASE NO. 3:02cv1309(AVC) |
| Plaintiffs, | |
| v. | |
| ATTORNEY JOHN BERMAN, BERMAN, BOURNS & CURRIE, LLC and PAUL EAGAN, | |
| Defendants. | JUNE 1, 2004 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendants, Attorney John Berman and Berman, Bourns & Currie, LLC (hereinafter "Defendants"), hereby move for an extension of time of thirty (30) days up to and including July 1, 2004, in which to respond to plaintiff's Amended Complaint dated May 14, 2004 in this action including, but not limited to, filing a motion to dismiss and/or counterclaim.

The reason for this motion is that defendants will require additional time to research and respond to the issues raised by plaintiff in its complaint.

This is defendants' first motion seeking an extension of time to respond to plaintiff's Complaint.

- 2 -

DEFENDANTS,

By: _____
James A. Wade
Federal Bar # 00086
David S. Samuels
Federal Bar #ct 24460
E-mail: dsamuels@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: (860) 275-8200
Fax.: (860) 275-8299

CERTIFICATION

This is to certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on this 1st day of June, 2004, as follows:

Hadley Macpherson (Lisa Egan)
P.O. Box 501
Lahaska PA 18931

Rachel Egan
P.O. Box 501
Lahaska PA 18931

Loyal Egan
P.O. Box 501
Lahaska PA 18931

Paul B. Egan
44 Kendall Street
New Haven CT 06512

David S. Samuels