UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HADLEY MACPHERSON (aka LISA EAGAN), RACHEL EAGAN and LOYAL EAGAN | : CIVIL CASE NO. : 3:02cv1309(SRU) |
| Plaintiffs, | : |
| v. | : |
| ATTORNEY JOHN BERMAN, BERMAN, BOURNS & CURRIE, LLC and PAUL EAGAN, | : |
| Defendants. | : JULY 9, 2004 |

**OPPOSITION TO PLAINTIFFS' MOTION TO CONSOLIDATE**

Defendants' Attorney John Berman and Berman, Bourns & Currie, LLC ("collectively Berman") hereby oppose Plaintiffs' Motion to Consolidate this matter with the matter captioned Rachel Egan, Loyal Egan and Hadley MacPherson Eagan vs. Sally Hodgedon, 3:01 CV-01555 (SRU).

In support of this motion, Defendants aver the following:

1. Plaintiffs filed this action on July 1, 2002, almost two-years ago.

2. On January 28, 2003, Berman filed a Motion to Dismiss, which to date has not been ruled upon.

3. On January 29, 2003, Defendant, Sally Hodgedon, in Rachel Egan, Loyal Egan and Hadley MacPherson Eagan vs. Sally Hodgedon, 3:01 CV-01555 (SRU), moved to consolidate both cases.

HART1-1192114-1

4. Plaintiffs opposed Hodgedon's motion to consolidate; and, the cases were not consolidated.

5. Since March, 2003, Plaintiffs have filed approximately (10) ten motions for extensions of time to respond to the motion to dismiss, and other pleadings.

6. The Court held a telephone conference with all parties, whereby Plaintiffs agreed to file an amended complaint by May 14, 2004. Berman agreed that its motion to dismiss should not be heard pending the amended complaint.

7. The Amended Complaint was filed on May 14, 2004 and, similar to the initial Complaint, failed to comply with the Federal Rules of Civil Procedure.

8. On June 2, 2004, Plaintiffs filed a motion for extension of time, characterizing it as a 10-day motion to stay the Defendants from answering the amended complaint.

9. The Court granted a 10-day extension of time for Plaintiffs to file another amended complaint.

10. On June 24, 2004, instead of filing a second amended complaint as required, Plaintiffs filed a Motion to Consolidate both cases.

11. In support of the Motion, Plaintiffs argue that after almost two-years, new facts have become known that require the cases to be consolidated. None of these facts have been shared.

12. Defendants have expended much time and expense to defend this matter over the two-year period, and have been more than accommodating to Plaintiffs with regard to their numerous motions for extension of time. Moreover, for the last year, Berman has defended this

case with the understanding that the cases would not be consolidated, and prepared its defense accordingly. As such, Defendants would be unfairly prejudiced if these cases were to be consolidated at this stage in the litigation.

13. Additionally, Plaintiffs have not provided support for their claim that new facts have recently become known, which were apparently not available through Plaintiffs' due diligence for the two-years since Plaintiff has filed the lawsuit. Likewise, Plaintiffs initially opposed the motion to consolidate claiming, *inter alia*, that the facts of both cases while related were distinct. In light of their previous Opposition, it is illogical to now argue for consolidation at this stage in the litigation.

14. Lastly, Plaintiffs still have not filed a second Amended Complaint after the Court granted the 10-day extension.

WHEREFORE, for all of the foregoing reasons, the Defendants, Attorney John Berman and Berman, Bourns & Currie, LLC, respectfully request that Plaintiffs' Motion to Consolidate be denied.

DEFENDANTS,

By: _____
James A. Wade
Federal Bar # 00086
David S. Samuels
Federal Bar #ct 24460
E-mail: dsamuels@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: (860) 275-8200
Fax.: (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on this 9th day of July, 2004, as follows:

Hadley Macpherson (Lisa Egan)  
P.O. Box 501  
Lahaska PA 18931

Rachel Egan  
P.O. Box 501  
Lahaska PA 18931

Loyal Egan  
P.O. Box 501  
Lahaska PA 18931

Paul B. Egan  
44 Kendall Street  
New Haven CT 06512

David S. Samuels