UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 SEP 21  A 10: 32
U.S. DISTRICT COURT
BRIDGEPORT, CONN

AT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | NO. 3:02CV1309 SRU |
| and | |
| RACHEL EGAN | SEPTEMBER 20, 2004 |
| and | |
| LOYAL EGAN | |
| PLAINTIFFS | CIVIL ACTION |
| VS. | |
| ATTORNEY JOHN BERMAN | |
| and | |
| BERMAN, BOURNS & CURRIE, LLC | LETTER TO THE |
| and | COURT |
| BERMAN, BOURNS, AARON & DEMBO, LLC | |
| and | |
| PAUL EGAN | |
| DEFENDANTS | |

# **LETTER TO THE COURT**

The plaintiff, Hadley Macpherson, has recovered to the point that she is visually able and ready to proceed.

Therefore, the plaintiffs, Hadley Macpherson, Rachel Egan, and Loyal Egan, will be immediately responding to the three Motions filed by the defendants in the two cases known as # 3:01cv01555 # 3:02cv1309.

The three Motions referred to are the following:

1. "Objection to Stay" filed by Attorney Edward Sheehy in # 3:01cv01555,

    on June 7, 2004.

2. "Opposition to Plaintiffs Motion to Consolidate" filed by Attorney William Wade

    in # 3:02cv1309, on July 13, 2004.

3. "Objection to Plaintiffs Letter" filed by Attorney Edward Sheehy in # 3:01cv1555

    on July 19, 2004

As those Motions are pending, the plaintiffs believe they are disallowed from filing their Amended Complaint until those Motions have been decided.

However, the plaintiffs are ready with the rest of their filings if given permission to continue at this point.

The plaintiff apologizes for the delay, and thanks all parties and the Court for their patience in this matter.

Respectfully Submitted,

*Hadley Macpherson*
Hadley Macpherson

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed this day, September 20, 2004, to Attorney Jim Wade, of Robinson & Cole, at 280 Trumbull Street, Hartford, CT  06103 - 3597, and Paul Egan, at P.O. Box 83, Centerbrook, CT. 06409.


*Rachel Egan*
Rachel Egan

*Loyal Egan*
Loyal Egan

Plaintiff Pro Se

*Hadley Macpherson*
Hadley Macpherson
P.O. Box 501
Lahaska, PA   18931
(215) 325 - 1001