UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HADLEY MACPHERSON, ET AL., | : | |
|     Plaintiffs, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:02cv1309 (SRU) |
| | : | |
| JOHN BERMAN, ET AL., | : | |
|     Defendants. | : | |
| | : | |

**ORDER**

The plaintiffs' motion to consolidate this case with Egan, et al. v. Hodgedon, et al., No. 3:01cv1555 (SRU) (doc.# 50) is denied. Based on the amended complaints in these cases, both of which were filed on May 14, 2004, there do not appear to be sufficient parties or issues in common to warrant consolidation. The parties, however, are encouraged to cooperate in coordinating discovery in these cases so that duplicative depositions of witnesses can be avoided.

Plaintiffs have suggested in certain pleadings a desire to file a further amended complaint. Any such pleading must be filed by **March 10, 2005**, **or it will be barred**. Plaintiffs are hereby notified that one of the named defendants, Berman, Bourns, Aaron & Dembo, LLC, has not been served with a summons and complaint; unless that defendant is properly served by March 31, 2005, it will be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The presently appearing defendants shall respond to either the May 14, 2004 amended complaint or any later filed amended complaint by **April 1, 2005**. If the non-appearing defendant is served with a summons and complaint, it shall respond to the plaintiffs' operative complaint within twenty days of such service.

The following additional deadlines shall apply in this case:

Disclosure of plaintiffs' expert witness(es): **August 1, 2005**;

Disclosure of defendants' expert witnesses: **October 1, 2005**;

All discovery shall be completed (not propounded): **December 1, 2005**; and

Filing of dispositive motions: **January 15, 2006**.

These deadlines will be extended only for exceptional cause.

It is so ordered.

Dated at Bridgeport, Connecticut, this 17th day of February 2005.

    /s/ Stefan R. Underhill
    Stefan R. Underhill
    United States District Judge