UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HADLEY MACPHERSON (aka LISA EAGAN), RACHEL EAGAN and LOYAL EAGAN | CIVIL CASE NO. 3:02cv1309(SRU) |
| Plaintiffs, | |
| v. | |
| ATTORNEY JOHN BERMAN, BERMAN, BOURNS & CURRIE, LLC and PAUL EAGAN, | |
| Defendants. | MARCH 29, 2005 |

### MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 7(b) of the Local Rules of Civil Procedure, defendants, Attorney John Berman and Berman, Bourns & Currie, LLC (hereinafter "Defendants"), hereby move for an extension of time of thirty (30) days up to and including May 6, 2005, in which to respond to Plaintiff's Motion to Consolidate and Amended Complaint dated March 15, 2005.

This is defendants' first motion seeking an extension of time to respond to plaintiff's Motion to Consolidate and Amended Complaint.

DEFENDANTS,

By: /s/
James A. Wade
Federal Bar # 00086
David S. Samuels
Federal Bar #ct 24460
E-mail: dsamuels@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: (860) 275-8200
Fax.: (860) 275-8299

HART1-1245035-1

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on this 29th day of March, 2005, as follows:

Hadley Macpherson (Lisa Egan)  
P.O. Box 501  
Lahaska  PA  18931

Rachel Egan  
P.O. Box 501  
Lahaska  PA  18931

Loyal Egan  
P.O. Box 501  
Lahaska  PA  18931

Paul B. Egan  
44 Kendall Street  
New Haven  CT  06512

_____  
David S. Samuels