AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

**FILED**
2005 APR -5 P 4:50
US DISTRICT COURT
BRIDGEPORT CT

Hadley Macpherson (Lisa Egan)
Rachel Egan
Loyal Egan

V.

Attorney Sally Hodgdon
Attorney Sue Ann Shay
Attorney Jane Kinney-Hrotek
The Communities' Law Center
Attorney John Berman
Berman, Bourns & Currie LLC
Berman, Bourns, Aaron, & Dembo LLC
Sisters of Mercy
Sisters of St. Joseph (Saint Joseph)
Sisters of Notre Dame
Daughters of the Holy Spirit

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

3:01CV01555 SRU
3:02 CV 1309 SRU

TO: (Name and address of Defendant)

Berman, Bourns, Aaron & Dembo
~~900 Farmington Avenue~~   Robinson & Cole
~~West Hartford CT~~   Attorney David Samuels, or
Attorney James Wade
280 Trumbull Street
Hartford CT  06103-3597

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Carolina 28270

an answer to the complaint which is served on you with this summons, within \_\_30\_\_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

KEVIN F. ROWE

CLERK

MAR 3 0 2005

DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3-30-05 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Elizabeth Kassel | Indifferent person over 21 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Robinson + Cole

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Attorney David Samuels

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-30-05            Elizabeth G Kassel
                Date                    Signature of Server

                88 New Rd
                Address of Server

                Avon, CT

                06001

                860-693-9471

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.