# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

### AT BRIDGEPORT

FILED
2005 APR -6 P 4: 02
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | NO. 3:01CV01555 SRU |
| and | NO. 3:02CV1309 SRU |
| RACHEL EGAN | |
| and | APRIL 6, 2005 |
| LOYAL EGAN | |
| PLANTIFFS | |
| | CIVIL ACTION |
| VS. | |
| ATTORNEY SALLY HODGDON | AFFIDAVIT OF |
| and | ELIZABETH KASSEL |
| THE COMMUNITIES' LAW CENTER | |
| and | |
| ATTORNEY JOHN BERMAN | |
| and | |
| BERMAN, BOURNS & CURRIE, LLC | |

**BERMAN, BOURNS, AARON & DEMBO, LLC**

and

**PAUL EGAN**

and

**ATTORNEY JANE KINNEY-KNOTEK**

and

**ATTORNEY SUE ANN SHAY**

and

**SISTERS OF SAINT (ST). JOSEPH**

and

**SISTERS OF MERCY**

and

**SISTERS OF NOTRE DAME**

and

**DAUGHTERS OF THE HOLY SPIRIT**

        DEFENDANTS

# AFFIDAVIT OF ELIZABETH KASSEL

1. My name is Elizabeth Kassel.

2. I live at 88 New Road, Avon, Connecticut, 06001.

3. I am over the age of 21.

4. I am a disinterested party to both of the Federal cases known as #3:01CV01555 SRU and #3:02CV1309 SRU, and will never be a party to either of those cases.

5. On Wednesday, March 30, 2005, I performed Service on the defendant, Berman, Bourns, Aaron & Dembo, LLC, by handing a copy of the Summons and Amended Complaint to Attorney David Samuels, their counsel, at Robinson & Cole, at 280 Trumbull Street, Hartford, Connecticut.

6. On Wednesday, March 30, 2005, I performed Service on the defendant, The Communities' Law Center, by handing a copy of the Summons and Amended Complaint to Attorney Sally Hodgdon, who is President of that firm, at 27 Park Road, West Hartford, Connecticut.

7. On Wednesday, March 30, 2005, I performed Service on the defendant, the Sisters of Saint (St). Joseph, by handing a copy of the Summons and Amended Complaint to Sister Sally Hodgdon, who is the Provincial Superior of all Continental United States chapters of the Sisters of Saint (St). Joseph, at 27 Park Road, West Hartford, Connecticut.

8. On Wednesday, March 30, 2005, I performed Service on the defendant, the Sisters of Mercy, by handing a copy of the Summons and Amended Complaint to Sister Carmel Caputo, who is the Financial Officer for the Connecticut chapters of the Sisters of Mercy, and who agreed to accept Service for, and in the absence of, Sister Eileen Dooling, who is the Provincial Superior for all Connecticut chapters of the Sisters of Mercy, at 249 Steele Road, West Hartford, Connecticut.

9. On Wednesday, March 30, 2005, I performed Service on the defendant, the Sisters of Notre Dame, by handing a copy of the Summons and Amended Complaint to Sister Patricia Chapell, who is the Provincial Superior for all Connecticut chapters of the Sisters of Notre Dame, at 468 Poquonock Avenue, Windsor, Connecticut.

10. On Thursday, March 31, 2005, I performed Service on the defendant, the Daughters of the Holy Spirit, by handing a copy of the Summons and Amended Complaint to Sister Claudette Huot, the Assistant to Sister Jaqueline Robilliard, who as the Provincial Superior of all United States chapters of the Daughters of the Holy Spirit, at 72 Church Street, Putnam, Connecticut. Sister Jaqueline Robilliard, who was unavailable due to leaving the country for Peru, agreed to having Sister Claudette Huot accept Service for her in her place.

11. I attempted to make Service on the defendant, Attorney Sue Ann Shay, by asking Attorney Sally Hodgdon to accept Service in hand of Attorney Sue Ann Shay's copy of the Summons and Amended Complaint.

12. Attorney Sally Hodgdon refused to accept Service for Attorney Sue Ann Shay, stating as her reason for refusing Service, that she no longer had authority over Attorney Sue

Ann Shay because Attorney Sue Ann Shay left the Communities Law Center in 2001, and had retired from the practice of law.

13. I attempted to make Service on the defendant, Attorney Jane Kinney-Knotek by asking Attorney Sally Hodgdon to accept Service in hand of Attorney Jane Kinney-Knotek's copy of the Summons and Amended Complaint.

14. Attorney Sally Hodgdon refused to accept Service for Attorney Jane Kinney-Knotek, stating as her reason for refusing Service, that she no longer had authority over Attorney Jane Kinney-Knotek because Attorney Jane Kinney-Knotek left the Communities Law Center two or three years ago.

15. Attorney Sally Hodgdon told me that she knew Hadley MacPherson had spoken to Attorney Jane Kinney-Knotek that morning. (initialed E.K.)

16. I swear, on penalty of perjury, that the above statements in my Affidavit, are true and accurate to the best of my ability and belief.

4-6-05
Date

Lynn Strand
Notary

4-6-05
Date

Elizabeth Kassel
Elizabeth Kassel

LYNN STRAND
NOTARY PUBLIC
MY COMMISSION EXPIRES 08/31/2007

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed this day of April 6, 2005, Attorney James Wade and Attorney David Samuels of Robinson & Cole, at 280 Trumbull Street, Hartford CT 06103 - 3597, The Communities' Law Center, 27 Park Road, West Hartford, CT, 06119, the Sisters of St. Joseph, 27 Park Road, West Hartford, CT. 06119, the Sisters of Mercy, 249 Steele Road, West Hartford, CT. 06117, the Sisters of Notre Dame, 468 Poquonock Avenue, Windsor, CT 06095, the Daughters of the Holy Spirit, 72 Church Street, Putnam, CT, Paul Egan at P.O. Box 83 in Centerbrook CT 07409, and to Sue Ann Shay and Attorney Jane Kinne - Knotek at the Clerks Office at the United States District Court located at 915 Lafayette Boulevard, Bridgeport, CT 06604.

_____
Rachel Egan

_____
Loyal Egan

Plaintiff Pro Se

_____
Hadley Macpherson
2015 McKenzie Creek Dr
Charlotte, NC  28270
(704) 675 - 5252

18