UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 APR 12 A 10: 0[?]
U.S. DISTRICT COURT
BRIDGEPORT, CONN

AT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | NO. 3:02CV1309 SRU |
| and | |
| RACHEL EGAN | APRIL 9, 2005 |
| and | |
| LOYAL EGAN | |
| PLAINTIFFS | CIVIL ACTION |
| VS. | |
| ATTORNEY JOHN BERMAN | |
| and | SECOND |
| BERMAN, BOURNS & CURRIE, LLC | AFFIDAVIT OF |
| and | ELIZABETH KASSEL |
| BERMAN, BOURNS, AARON & DEMBO, LLC | |
| and | |
| PAUL EGAN | JURY DEMANDED |
| DEFENDANTS | |

# SECOND AFFIDAVIT OF ELIZABETH KASSEL

1. My name is Elizabeth Kassel.

2. I live at 88 New Road, Avon, Connecticut, 06001.

3. I am over the age of 21.

4. I am a disinterested party to both of the Federal cases known as #3:01CV01555 and #3:02CV1309, and will never be a party to either of those cases.

5. In my Affidavit signed on April 6, 2005, there was an inadvertent omission.

6. Hadley Macpherson has asked me to make this Second Affidavit in order to fully attest to the events involving Service being made on the defendants, and statements made by Attorney Sally Hodgdon when I performed Service on her at 27 Park Road, in West Hartford Connecticut, at 4:30 pm on the afternoon of Wesdnesday March 30, 2005.

7. When I attempted to Serve Attorney Sally Hodgdon, the Summons and Amended Complaints for the defendants, Attorney SueAnn Shay and Attorney Jane Kinney - Knotek, and Attorney Sally Hodgdon would not accept Service for those defendants, I asked Attorney Sally Hodgdon several times if she knew the whereabouts or addresses of either of those two defendants, to which Attorney Sally Hodgdon would not answer my questions, but only continued to re-iterate that she had nothing to do with those two defendants and had no authority as to them, due to their having left the employ of The Communities' Law Center.

8. I swear, on penalty of perjury, that the above statements in this Affidavit, are true and accurate to the best of my ability and belief and knowledge.

_[signature: Lynn Strand]_  
Notary

_[signature: Elizabeth Kassel]_  
Elizabeth Kassel, Affiant

4-11-05  
Date

4/11/05  
Date

LYNN STRAND  
NOTARY PUBLIC  
MY COMMISSION EXPIRES 08/31/2007

# **CERTIFICATION**

This is to certify that a copy of the foregoing has been delivered this day of April , 2005, Attorney James Wade and Attorney David Samuels of Robinson & Cole, at 280 Trumbull Street, Hartford CT 06103 - 3597, Attorney Edward Sheehy at 799 Silver Lane, Trumbull, CT, 06611, The Communities' Law Center, 27 Park Road, West Hartford, CT, 06119, the Sisters of St. Joseph, 27 Park Road, West Hartford, CT. 06119, the Sisters of Mercy, 249 Steele Road, West Hartford, CT. 06117, the Sisters of Notre Dame, 468 Poquonock Avenue, Windsor, CT 06095, the Daughters of the Holy Spirit, 72 Church Street, Putnam, CT, and to Sue Ann Shay and Attorney Jane Kinne - Knotek at the Clerks Office at the United States District Court located at 915 Lafayette Boulevard, Bridgeport, CT 06604.

_____
Rachel Egan

_____
Loyal Egan

Plaintiff Pro Se

_____
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675 - 5252