UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN),<br>RACHEL EGAN, and LOYAL EGAN,<br>    Plaintiffs,<br><br>        v.<br><br>JOHN BERMAN, ET AL.,<br>    Defendants. | CIVIL ACTION NO.<br>3:02cv1309 (SRU) |

## ORDER

On March 16, 2005, the plaintiffs filed a motion to consolidate this case with 3:01cv1555(SRU). The defendants filed a motion for an extension of time to respond to the motion to consolidate, and on April 4, 2005, I granted the motion. The defendants have not yet filed a response to the plaintiffs' motion to consolidate.

All of the pending motions in the case are scheduled for oral argument on January 18, 2006. Therefore, I order the defendants to file a response to the plaintiffs' motion to consolidate (doc. # 63) by January 17, 2006.

It is so ordered.

Dated at Bridgeport, Connecticut, this 6th day of January 2006.

/s/ Stefan R. Underhill
Stefan R. Underhill
United States District Judge