UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HADLEY MACPHERSON (aka LISA EAGAN), RACHEL EAGAN and LOYAL EAGAN | : CIVIL CASE NO.<br>: 3:02cv1309(SRU) |
| Plaintiffs, | : |
| v. | : |
| ATTORNEY JOHN BERMAN, BERMAN, BOURNS & CURRIE, LLC and PAUL EAGAN, | : |
| Defendants. | : JANUARY 17, 2006 |

## OPPOSITION TO PLAINTIFFS' MOTION TO CONSOLIDATE

Defendants' Attorney John Berman and Berman, Bourns & Currie, LLC ("collectively Berman") hereby oppose Plaintiffs' Motion to Consolidate this matter with the matter captioned <u>Rachel Egan, Loyal Egan and Hadley MacPherson Eagan vs. Sally Hodgedon</u>, 3:01 CV-01555 (SRU).

In support of this motion, Defendants aver the following:

1. Plaintiffs filed this action on July 1, 2002, more than three-years ago.

2. On January 29, 2003, Defendant, Sally Hodgedon, in <u>Rachel Egan, Loyal Egan and Hadley MacPherson Eagan vs. Sally Hodgedon</u>, 3:01 CV-01555 (SRU), moved to consolidate both cases.

3. Plaintiffs opposed Hodgedon's motion to consolidate; and, the cases were not consolidated.

4.  Since March, 2003, Plaintiffs have filed approximately (10) ten motions for extensions of time to respond to the motion to dismiss, and other pleadings.

5.  The Court held a telephone conference with all parties, whereby Plaintiffs agreed to file an amended complaint by May 14, 2004.

6.  The Amended Complaint was filed on May 14, 2004 and, similar to the initial Complaint, failed to comply with the Federal Rules of Civil Procedure.

7.  On June 2, 2004, Plaintiffs filed a motion for extension of time, characterizing it as a 10-day motion to stay the Defendants from answering the amended complaint.

8.  On June 24, 2004, instead of filing a second amended complaint as required, Plaintiffs filed a Motion to Consolidate both cases.

9.  In support of the Motion, Plaintiffs argue that after almost two-years, new facts have become known that require the cases to be consolidated. None of these facts have been shared. Indeed, less than five weeks before oral argument scheduled for January 18, 2006, Plaintiffs advised undersigned counsel that plaintiffs were filing another amended complaint. To date, it has not been filed.

10. Defendants have expended much time and expense to defend this matter over the three-year period, and have been more than accommodating to Plaintiffs with regard to their numerous motions for extension of time. Moreover, for the last year, Berman has defended this case with the understanding that the cases would not be consolidated, and prepared its defense accordingly. As such, Defendants would be unfairly prejudiced if these cases were to be consolidated at this stage in the litigation.

- 3 -

11.     Additionally, Plaintiffs have not provided support for their claim that new facts have recently become known, which were apparently not available through Plaintiffs' due diligence for the three years since Plaintiff has filed the lawsuit. Likewise, Plaintiffs initially opposed the motion to consolidate claiming, *inter alia*, that the facts of both cases while related were distinct. In light of their previous Opposition, it is illogical to now argue for consolidation at this stage in the litigation.

WHEREFORE, for all of the foregoing reasons, the Defendants, Attorney John Berman and Berman, Bourns & Currie, LLC, respectfully request that Plaintiffs' Motion to Consolidate be denied.

DEFENDANTS,

By: /s/
James A. Wade
Federal Bar # 00086
David S. Samuels
Federal Bar #ct 24460
E-mail: dsamuels@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: (860) 275-8200
Fax.: (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on this 17th day of January, 2006, as follows:

Hadley Macpherson (Lisa Egan)
P.O. Box 501
Lahaska PA 18931

Rachel Egan
P.O. Box 501
Lahaska PA 18931

Loyal Egan
P.O. Box 501
Lahaska PA 18931

Paul B. Egan
44 Kendall Street
New Haven CT 06512

_____
David S. Samuels