# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

## AT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | NO. 3:02CV1309 SRU |
| and | |
| RACHEL EGAN | |
| and | FEBRUARY 14, 2006 |
| LOYAL EGAN | |
| Plaintiffs, | CIVIL ACTION |
| VS. | |
| ATTORNEY JOHN BERMAN | PLAINTIFFS |
| and | MISSING EXHIBIT |
| BERMAN, BOURNS & CURRIE, LLC | POSTAL LABELS |
| and | ATTACHED TO LETTER |
| BERMAN, BOURNS, AARON & DEMBO, LLC | DATED FEBRUARY 13, 2006 |
| and | FILED EARLIER TODAY |
| PAUL EGAN | |
| Defendants | |





**USPS PRIORITY MAIL®**

HADLEY MACPHERSON
2015 MCKENZIE CREEK DRIVE
CHARLOTTE NC 28270

SHIP TO: ATTORNEY EDWARD SHEEHY
WILLIAMS, CONEY, SHEEHY
799 SILVER LN
TRUMBULL CT 06611-5301

ZIP - e/ USPS DELIVERY CONFIRMATION™



420 06611 9101 0385 5574 9670 9395 39

Electronic Rate Approved #038555749



 

**USPS PRIORITY MAIL®**

HADLEY MACPHERSON
2015 MCKENZIE CREEK DRIVE
CHARLOTTE NC 28270

SHIP TO: ATTORNEY JAMES WADE
ROBINSON & COLE
280 TRUMBULL ST
HARTFORD CT 06103-3509

ZIP - e/ USPS DELIVERY CONFIRMATION™



420 06103 9101 0385 5574 9649 9680 10

Electronic Rate Approved #038555749







**USPS PRIORITY MAIL®**

HADLEY MACPHERSON
2015 MCKENZIE CREEK DRIVE
CHARLOTTE NC 28270

SHIP TO:
PAUL EGAN
PO BOX 83
CENTERBROOK CT 06409-0083

ZIP - e/ USPS DELIVERY CONFIRMATION™

420 06409 9101 0385 5574 9660 4537 79

Electronic Rate Approved #038555749

# **CERTIFICATION**

This is to certify that a copy of the foregoing was sent/delivered this day of February 14, 2006 to Attorney James Wade and David Samuels of Robinson and Cole, at 280 Trumbull Street, Hartford CT 06103-3597 appearing for the defendant, John Berman, and the defendants Berman, Bourns, & Currie LLC, and Berman, Bourns, Aaron, & Dembo LLC, and to the pro se defendant, Paul Egan at P.O. Box Centerbrook Ct, 06409.

Rachel Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675 - 5252

Loyal Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675-5252

Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Carolina
(704) 675-5252