UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HADLEY MACPHERSON (aka LISA EAGAN), RACHEL EAGAN and LOYAL EAGAN | : : : | CIVIL CASE NO. 3:02cv1309(SRU) |
| Plaintiffs, | : : | |
| v. | : : | |
| ATTORNEY JOHN BERMAN, BERMAN, BOURNS & CURRIE, LLC and PAUL EAGAN, | : : : | |
| Defendants. | : | FEBRUARY 21, 2006 |

## OPPOSITION TO PLAINTIFFS' MOTION FOR CONSOLIDATION

Defendants' Attorney John Berman and Berman, Bourns & Currie, LLC ("collectively Berman") hereby object to the Motion for Consolidation dated and filed February 13, 2006. This is the plaintiffs' third attempt to have the cases consolidated. The Court should not entertain these repeated attempts and the motion should be denied.

Specifically, the Court has denied multiple motions to consolidate the plaintiffs' two pending cases. Defendant Hodgdon filed a motion to consolidate on January 30, 2003 (docket #30) which was denied on April 10, 2003. The plaintiffs filed two prior motions to consolidate. The first was filed on June 24, 2004 and was denied on February 17, 2005. The second was filed a month later on March 16, 2005 and was denied on January 19, 2006, less than a month ago. The Court has made its position clear and the latest motion should meet the same fate as before.

**WHEREFORE**, for all of the foregoing reasons, the Defendants, Attorney John Berman and Berman, Bourns & Currie, LLC, respectfully request that Plaintiffs' Motion to Consolidate be denied.

DEFENDANTS,

By: _____
James A. Wade
Federal Bar # 00086
David S. Samuels
Federal Bar #ct 24460
E-mail: dsamuels@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: (860) 275-8200
Fax.: (860) 275-8299

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on this 21st day of February, 2006, as follows:

Hadley Macpherson (Lisa Egan)
2015 McKenzie Creek Drive
Charlotte, NC 28270

Loyal Egan
2015 McKenzie Creek Drive
Charlotte, NC 28270

Rachel Egan
2015 McKenzie Creek Drive
Charlotte, NC 28270

Paul B. Egan
P.O. Box 83
Centerbrook, CT 06409

_____
David S. Samuels