FILED

# UNITED STATES DISTRICT COURT FEB 23 A 10: 24

## DISTRICT OF CONNECTICUT
U.S. DISTRICT COURT
BRIDGEPORT, CONN

### AT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | NO. 3:02CV1309 SRU |
| and | |
| RACHEL EGAN | |
| and | FEBRUARY 22, 2006 |
| LOYAL EGAN | |
|     Plaintiffs, | CIVIL ACTION |
| VS. | |
| ATTORNEY JOHN BERMAN | PLAINTIFFS LETTER TO |
| and | THE COURT GIVING |
| BERMAN, BOURNS & CURRIE, LLC | NOTICE OF INTENT TO |
| and | FILE TIMELY "REPLY" TO |
| BERMAN, BOURNS, AARON & DEMBO, LLC | DEFENDANTS "OBJECTIONS |
| and | AND TIMELY "OBJECTION" |
| PAUL EGAN | TO "MEMORANDUM IN |
|     Defendants | OPPOSITION" |

# PLAINTIFFS LETTER TO THE COURT GIVING NOTICE OF THEIR INTENTION TO FILE A TIMELY REPLY TO THE DEFENDANTS OBJECTIONS, AND TIMELY OBJECTIONS TO THE DEFENDANTS MEMORANDUM IN OPPOSITION

On Monday, February 13, 2006, the plaintiffs sent a "Letter to the Court" requesting permission to be able to file their Amended Complaint, and requesting that their Amended Complaint be able to be deemed as timely filed under the events presented.

The plaintiffs "Letter to the Court" was sent by Overnight Fed Exed from North Carolina on Monday, February 13, 2006, and arrived the following morning at the District Court on the morning of Tuesday, February 14, 2006.

The plaintiffs' "Letter to the Court" dated Monday, February 13, 2006, could not have been filed in the District Court any sooner given the weekend that had just passed from the deadline date of Friday, February 10, 2006, given the plaintiffs inability to electronically file their Letters, Motions, or Pleadings, and given the plaintiffs inability to travel the distance between North Carolina and Connecticut in order to file their "Letter to the Court" in person any sooner on Monday morning, February 13, 2006.

All opposing counsel of the defendants, pro se and attorney, in both this case and the sister case of 3:01CV01555, were immediately sent their requisite copies of the plaintiffs' "Letter

to the Court" dated February 13, 2006, by way of Overnight Fed Ex.

On Tuesday, February 22, 2006, Attorney James Wade filed an "Objection" to the plaintiffs' "Letter to the Court" filed back on Tuesday, February 14, 2006, on behalf of the defendants, Attorney John Berman, and defendant, Berman, Bourns, & Currie LLC, and defendant, Berman, Bourns, Aaron, & Dembo LLC, objecting to the plaintiffs request to be able to file their Amended Complaint, and request that their Amended Complaint be deemed as timely filed under the events presented.

On Tuesday, February 22, 2006, Attorney James Wade also filed a "Memorandum in Opposition" on behalf of the defendants Attorney John Berman, and defendant, Berman, Bourns, & Currie LLC, and defendant, Berman, Bourns, Aaron, & Dembo LLC, to the plaintiffs "Motion for Consolidation" filed back on Monday, February 13, 2006.

The plaintiffs are respectfully giving Notice that they intend to file a timely "Reply" to the "Objection" filed by the defendants, within the time allotted to them under the Federal Rules of Civil Procedure and Local Civil Rules to do so.

The plaintiffs are also respectfully giving Notice that they intend to file a timely "Objection" to the "Memorandum in Opposition" filed by the defendants, within the time allotted to them under the Federal Rules of Civil Procedure and Local Civil Rules to do so.

Respectfully Submitted

*Hadley Mapherson*

Hadley Mapherson
2015 McKenzie Creek Drive
Charlotte, NC 28270
(704) 675 - 5252

_Rachel J. Egan_
Rachel Egan
2015 McKenzie Creek Drive
Charlotte, North Carolina, 28270
(704) 675 - 5252

_Hadley Macpherson_
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Carolina 28270
(704) 675 - 5252

_Loyal Egan_
Loyal Egan
2015 McKenzie Creek Drive
Charlotte, North Carolina, 28270
(704) 675 - 5252

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent/delivered this day of February 22, 2006 to Attorney James Wade and David Samuels of Robinson and Cole, at 280 Trumbull Street, Hartford CT 06103-3597 appearing for the defendant, John Berman, and the defendants Berman, Bourns, & Currie LLC, and Berman, Bourns, Aaron, & Dembo LLC, and to the pro se defendant, Paul Egan at P.O. Box Centerbrook Ct, 06409.

_Rachel J. Egan_
Rachel Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675 - 5252

_Hadley Macpherson_
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Carolina
(704) 675-5252

_Loyal Egan_
Loyal Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675-5252