UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2006 FEB 24  A 11: 33

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| HADLEY MACPHERSON (aka LISA EGAN), RACHEL EGAN and LOYAL EGAN | CIVIL CASE NO. 3:02cv1309(SRU) |
| Plaintiffs, | |
| v. | |
| ATTORNEY JOHN BERMAN, BERMAN, BOURNS & CURRIE, LLC and PAUL EGAN | |
| Defendants. | FEBRUARY 23, 2006 |

### OPPOSITION TO PLAINTIFFS' MOTION FOR CONSOLIDATION

Defendant Paul Egan has not received the Motion for Consolidation dated and filed February 13, 2006. I am aware of this motion for consolidation by the Plaintiffs only because I have received my copy of the Opposition To Plaintiff's Motion For Consolidation filed by Attorney James Wade on behalf of Attorney John Berman, Berman, Bourns & Currie, LLC dated February 21, 2006.

The Court has denied multiple attempts to consolidate these two pending cases, and the last was denied only last month. The Court has encouraged focusing and/or narrowing a complaint such that it is manageable and capable of being dealt with in a forthright manner. To no avail. Instead, the plaintiffs have attempted to consolidate for the third time. The Court should not reverse itself and now allow a consolidation. The Court has been clear in its position and nothing has changed to cause reconsideration.

In addition, when I was before the Court on January 18, 2006, Plaintiff Hadley MacPherson attested to her belief that since I did not oppose her prior motion(s) she concluded either I had no objections, or was conceding her motions had merit. Even though I have not received my copy of the motion to consolidate, I now feel I must object

and oppose.

**WHEREFORE,** for all the foregoing reasons, the Defendant, Paul Egan, respectfully requests that the Plaintiffs' Motion to Consolidate be denied.

DEFENDANT,

By: _____

Paul B. Egan
pro se

Mailing address:
P.O. Box 83
Centerbrook, CT 06409

Street Address:
56 Iron Works Road
Clinton, CT 06413

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on the 23rd day of February 2006, as follows:

Hadley Macpherson (aka Lisa D. Egan)
2015 McKenzie Creek Drive
Charlotte, NC 28270

Loyal Egan
2015 McKenzie Creek Drive
Charlotte, NC 28270

Rachel Egan
2015 McKenzie Creek Drive
Charlotte, NC 28270

James A. Wade
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103

_____
Paul B. Egan, pro se