FILED

2006 FEB 24  A 11: 33

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HADLEY MACPHERSON (aka LISA D. EGAN),
RACHEL EGAN, and LOYAL EGAN

CIVIL CASE NO.
3:02cv1309(SRU)

Plaintiffs

v.

ATTORNEY JOHN BERMAN, BERMAN,
BOURNS & CURRIE, LLC and PAUL EGAN

Defendants.                              FEBRUARY 23, 2006

## OBJECTION TO PLAINTIFFS' REQUEST TO ALLOW LATE FILING

Defendant Paul B. Egan hereby objects to the Plaintiffs' request to be allowed to file their Amended Complaint late. The Court ordered the plaintiffs to file their Amended Complaint no later than February 10, 2006. This deadline has passed and no Amended Complaint was filed. In ordering the February 10, 2006 filing the Court expressly stated:

> If you expect to have a problem, get them in early. The points about the defendants having some rights here and needing to have this thing come to a resolution are well taken…

Hearing Transcript, 1/18/2006, p. 69 (copy attached). The Court also observed:

> It has to be filed, meaning it has to be in court on the 10th and you have to serve it, i.e. mail it the day that you file it.

Hearing Transcript, 1/18/2006, p.70 (copy attached).

In the Plaintiffs' request to file late, the statement is made that "all parties were present". Two of the three Plaintiffs, Loyal and Rachel Egan, were not present. Once again this request

for more time bears the name of three Plaintiffs and the signature of one hand. Hadley MacPherson has routinely signed for her (my) minor son Loyal and also for her (my) 21-year-old daughter, Rachel. This practice, once brought to the attention of the Court should not be allowed to continue. Hadley MacPherson's signature to the Court for certification in sending documents and motions and repeated failure to actually do so perpetuate this reckless abandon of proper practice. The Defendant has only received at this date the Plaintiffs filing of a lengthy explanation as to why she did not file on time and an appended caption/cover page to that explanation. The Defendant, Paul Egan, has received no other documents. The plaintiff was given a specific and simple deadline. It was not met and no more time should be allowed.

       WHEREFORE, the Defendant respectfully requests that the request to file late be denied.

       DEFENDANT,

       _____
       Paul B. Egan, Pro Se
       56 Ironworks Road
       Clinton, CT 06413
       (860) 669-4487

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on the 23rd day of February 2006, as follows:

Hadley Macpherson (aka Lisa D. Egan)
2015 McKenzie Creek Drive
Charlotte, NC 28270

Loyal Egan
2015 McKenzie Creek Drive
Charlotte, NC 28270

Rachel Egan
2015 McKenzie Creek Drive
Charlotte, NC 28270

James A. Wade
Robinson & Cole, LLP
280 Trumbull Street
Hartford, CT 06103

_____
Paul B. Egan, pro se

```
1            MR. BLUMENFELD:  Do I understand that despite
2   that, the new one can include them?
3            THE COURT:  Right.
4            MR. BLUMENFELD:  Okay.  Thank you.
5            THE COURT:  And these complaints have to be
6   filed by February 10, 2006.  I do not intend to grant any
7   extensions of time.  If you expect to have any problem,
8   get them in early.  The points about the defendants having
9   some rights here and needing to have this thing come to a
10  resolution are well taken and we have to have complaints
11  that work, that make sense, that comply with the rules on
12  file very, very quickly.
13           MR. WADE:  Does Your Honor encompass not only
14  the new complaints to be filed but to be served on the
15  parties by the 10th as well?
16           THE COURT:  Of course.
17           MS. MACPHERSON:  Just to clarify, when you say
18  the defendants in the Berman case, that was John Berman,
19  Attorney John Berman, Berman, Bourns & Currie, Berman
20  Bourns Aaron & Dembo, the same firm just changed its name,
21  they were properly served, all of these parties were
22  properly served last time meaning they were handed in hand
23  the amended complaint.  Are you requiring in hand amended
24  complaint service in hand, not through Fed Ex?
25           THE COURT:  No, no, if they are here and they
```

1  are represented by counsel, you just mail a copy to their
2  lawyer. That's how you serve any pleading.
3       MS. MACPHERSON: Okay, and then do -- is that up
4  until and including the 10th?
5       THE COURT: It has to be filed, meaning it has
6  to be in court on the 10th and you have to serve it, i.e.
7  mail it the day that you file it.
8       MS. MACPHERSON: Yes, thank you.
9       MR. EGAN: Your Honor, I had no service prior to
10 March 15th. I don't have any documents prior to the
11 March 15th. Am I also included along with --
12      THE COURT: Anybody that was served with the
13 March 15th complaint is here and will be served with the
14 amended complaint. You then have the right to raise
15 whatever arguments you want, that it doesn't state a
16 claim, et cetera, but let's get it in, let's see what it
17 says and let's do it on the merits.
18      MS. MACPHERSON: One last question. Many of the
19 claims against both Attorney Hodgedon and Attorney Berman
20 are fraud issues, which bring up the issue of the
21 particular hearsay because if we're not particular enough
22 in the 25 pages and the action that took place and their
23 actions against us encompassed a four year period, that my
24 understanding from Attorney Wade is if we just say he
25 blackmailed me, he did this, he did this, to try to say it