# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

## AT BRIDGEPORT

*FILED 2006 MAR -8 A 9:36 U.S. DISTRICT COURT BRIDGEPORT, CONN.*

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | NO. 3:02CV1309 SRU |
| and | |
| RACHEL EGAN | |
| and | MARCH 7, 2006 |
| LOYAL EGAN | |
| Plaintiffs, | CIVIL ACTION |
| VS. | |
| ATTORNEY JOHN BERMAN | PLAINTIFFS NOTICE |
| and | OF INTENT TO FILE |
| BERMAN, BOURNS & CURRIE, LLC | OMNIBUS "REPLY" TO |
| and | ALL DEFENDANTS |
| BERMAN, BOURNS, AARON & DEMBO, LLC | "MEMORANDUMS IN |
| and | OPPOSITION" |
| PAUL EGAN | |
| Defendants | |

# **PLAINTIFFS NOTICE TO FILE AN "OMNIBUS REPLY" TO THE "MEMORANDUMS IN OPPOSITION" FILED BY THE DEFENDANTS ATTORNEY JOHN BERMAN, PAUL EGAN, BERMAN, BOURNS, AARON & DEMBO, AND BERMAN, BOURNS, AND CURRIE, TO THE PLAINTIFFS "MOTION FOR CONSOLIDATION"**

On Monday, February 13, 2006, the plaintiffs "Motion for Consolidation" was filed.

On Wednesday, February 22, 2006, the defendants, Attorney John Berman and defendant, Berman, Bourns, & Currie LLC, and defendant, Berman, Bourns, Aaron, & Dembo LLC, filed a "Memorandum in Opposition" to the plaintiffs' "Motion for Consolidation" which had been filed back on Monday, February 13, 2006.

On Friday, February 24, 2006, the defendant, Paul Egan, then filed his "Memorandum in Opposition" to the plaintiffs' "Motion for Consolidation" which had been filed back on Monday, February 13, 2006, as well.

The plaintiffs received their copy of the defendants' "Memorandums in Opposition" by mail the next week.

The filing date of the earliest "Memorandum in Opposition" filed by the defendants, Attorney John Berman, and defendant, Berman, Bourns, & Currie LLC, and defendant, Berman, Bourns, Aaron, & Dembo LLC, that being Wednesday, February 22, 2006, <u>counting ten (10) days forward</u> for the filing of a Reply under the Federal Rules of Civil Procedure, <u>excluding weekends,</u> designated the response date for the plaintiffs filing of a "Reply" to be the date of Wednesday, March 8, 2006.

However, given that the plaintiffs received their copy by mail under Rule 5 of the Federal Rules of Civil Procedure, and that the distance between Connecticut and North Carolina shorts them of time to respond, the plaintiffs believe they are entitled to the benefit of the three (3) additional days afforded by Rule 6 of the Federal Rules of Civil Procedure.

Therefore, with the use of the additional three (3) days afforded by Federal Rule 6, the plaintiffs believe they have until Monday, March 13, 2006, as a result of the intermediate upcoming weekend, by which to file their "Reply" to the defendants, Attorney John Berman, and defendant, Berman, Bourns, & Currie LLC, and defendant, Berman, Bourns, Aaron, & Dembo LLC, 's "Memorandum in Opposition", rather than the date of Wednesday, March 8, 2006.

The filing date of the "Memorandum in Opposition" filed by the defendant, Paul Egan, that being Wednesday, February 24, 2006, counting ten (10) days forward for the filing of a Reply under the Federal Rules of Civil Procedure, excluding weekends, designated the response date for the plaintiffs filing of a "Reply" to be the date of Friday, March 10, 2006.

Therefore also, with the use of the additional three (3) days afforded by Federal Rule 6, the plaintiffs believe they have until Monday, March 13, 2006, as a result of the upcoming intermediate weekend, by which to file their "Reply" to the defendant, Paul Egan's "Memorandum in Opposition" to the plaintiff's "Motion for Consolidation", rather than the date of Friday, March 10, 2006.

As the plaintiffs defense to all of the "Memorandums in Opposition" filed by all of the defendants in this case is the same, the plaintiffs will be filing an "Omnibus Reply" to the defendants', Attorney John Berman, defendant, Paul Egan, defendant, Berman, Bourns, & Currie LLC, and defendant, Berman, Bourns, Aaron, & Dembo LLC, "Memorandum in Opposition" to their previously filed "Motion for Consolidation", on or before Monday, March 13, 2006.

_____
Rachel Egan
2015 McKenzie Creek Drive
Charlotte, North Carolina, 28270
(704) 675 - 5252

_____
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Carolina 28270
(704) 675 - 5252

_____
Loyal Egan
2015 McKenzie Creek Drive
Charlotte, North Carolina, 28270
(704) 675 - 5252

## **CERTIFICATION**

March 7, 2006

This is to certify that a copy of the foregoing was sent/delivered this day of ~~_____~~, 2006 to Attorney James Wade and David Samuels of Robinson and Cole, at 280 Trumbull Street, Hartford CT 06103-3597 appearing for the defendant, John Berman, and the defendants Berman, Bourns, & Currie LLC, and Berman, Bourns, Aaron, & Dembo LLC, and to the pro se defendant, Paul Egan at P.O. Box Centerbrook Ct, 06409.

_____
Rachel Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675 - 5252

_____
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Carolina
(704) 675-5252

_____
Loyal Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675-5252