Original

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

## AT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN) | 3:02CV1309 SRU |
| and | |
| RACHEL EGAN | APRIL 10, 2006 |
| and | |
| LOYAL EGAN | CIVIL ACTION |
| Plaintiffs, | |
| VS. | |
| ATTORNEY JOHN BERMAN | PLAINTIFFS' REQUEST FOR |
| and | RE-SCHEDULING OF THE |
| BERMAN, BOURNS, & CURRIE LLC | MAY 2, 2006 HEARING, AS THE |
| and | PARTIES ARE ALREADY |
| BERMAN, BOURNS, AARON, & DEMBO LLC | SCHEDULED TO GIVE ORAL |
| and | ARGUMENTS IN APPELLATE |
| PAUL EGAN | COURT ON MAY 2, 2006 |

# PLAINTIFFS' REQUEST FOR RE-SCHEDULING OF

# THE MOTION HEARING SCHEDULED FOR MAY 2, 2006

The plaintiffs respectfully request that the Motion Hearing scheduled for May 2, 2006, be re-scheduled for another day, as the parties in these two cases of 3:01CV01555 and 3:02CV1309 have been called to appear before the Appellate Court on that same day of May 2, 2006.

The Appellate Case of **Egan v. Egan AC 25859**, involving the appeal of the Orders issued by the Hon. Judge Herbert Gruendel on August 27, 2004, has been scheduled to be heard, and Oral Arguments presented, at 10:00 a.m. on May 2, 2006. [see attached Appellate Schedule]

The Appellate Court Hearing is scheduled to be held at 75 Elm Street, in Hartford Connecticut, and cannot be moved to the next Appellate session.

The Courts Order dated March 7, 2006, requires that the same parties present themselves for a Motion Hearing at 11:00 a.m. on that same day of May 2, 2006.

The District Court Motion Hearing is scheduled to be held at 915 Lafayette Boulevard, in Bridgeport Connecticut, more than an hour away from Hartford Connecticut.

The two Hearings are scheduled back to back, with no time left for travel in between the two cities, and it cannot be known how long the Appellate Hearing would take, or how long it would be before the Appellate Case of **Egan v. Egan AC 25859** would actually be heard given that there are other appellate cases which are scheduled to be heard first.

**Wherefore,** the plaintiffs respectfully request that given the impossibility of attending both Hearings simultaneously, and given that the presence of both parties is demanded at both Hearings, that the District Court Hearing be re-scheduled for a different time or another day.

_Rachel J. Egan_
Rachel Egan
2015 McKenzie Creek Drive
Charlotte, North Carolina, 28270
(704) 675 - 5252

_Hadley Macpherson_
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Carolina 28270
(704) 675 - 5252

_Loyal Egan_
Loyal Egan
2015 McKenzie Creek Drive
Charlotte, North Carolina, 28270
(704) 675 - 5252

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent this day of April 10, 2006 to Attorney James Wade and David Samuels of Robinson and Cole, at 280 Trumbull Street, Hartford CT 06103-3597 appearing for the defendant, John Berman, and the defendants Berman, Bourns, & Currie LLC, and Berman, Bourns, Aaron, & Dembo LLC, and to the pro se defendant, Paul Egan at 56 Ironworks Road, Clinton, Connecticut, 06413.

_Rachel J. Egan_
Rachel Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675 - 5252

_Hadley Macpherson_
Hadley Macpherson
2015 McKenzie Creek Drive
Charlotte, North Carolina
(704) 675-5252

_Loyal Egan_
Loyal Egan
2015 McKenzie Creek Drive
Charlotte, NC  28270
(704) 675-5252