UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HADLEY MACPHERSON (aka LISA EAGAN), RACHEL EAGAN and LOYAL EAGAN<br>Plaintiffs, | CIVIL CASE NO.<br>3:02cv1309(SRU) |
| v. | |
| ATTORNEY JOHN BERMAN, BERMAN, BOURNS & CURRIE, LLC and PAUL EAGAN,<br>Defendants. | APRIL 25, 2006 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 15 of the Local Rules of Civil Procedure for the United States District Court, David S. Samuels requests leave to withdraw his appearance for defendants, Attorney John Berman and Berman, Bourns & Currie, LLC in this action. Attorney James Wade from Robinson & Cole LLP will continue to represent the defendants, Attorney John Berman and Berman, Bourns & Currie, LLC.

ROBINSON & COLE LLP

By: _____
David S. Samuels
Federal Bar #ct 24460
E-mail: dsamuels@rc.com
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103
Tel.: (860) 275-8200
Fax.: (860) 275-8299

HART1-1325847-1

-2-

## **CERTIFICATION**

This is to certify that a copy of the foregoing was mailed via first-class mail, postage prepaid, on this 25th day of April, 2006, as follows:

Hadley Macpherson (Lisa Egan)  
2015 McKenzie Creek Drive  
Charlotte, NC 28270

Rachel Egan  
2015 McKenzie Creek Drive  
Charlotte, NC 28270

Loyal Egan  
2015 McKenzie Creek Drive  
Charlotte, NC 28270

Paul B. Egan  
P.O. Box 83  
Centerbrook, CT 06409

_____  
David S. Samuels