UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


HADLEY MACPHERSON,
RACHEL EGAN, LOYAL EGAN

      v                                          3:02cv1309 (SRU)

JOHN BERMAN, BERMAN, BOURNS
& CURRIE, LLC, BERMAN, BOURNS,
AARON & DEMBO, LLC, PAUL EGAN


## JUDGMENT

This matter came on before the Honorable Stefan R. Underhill, United States District Judge, as a result of plaintiffs' complaint and motion to file an amended complaint late as timely.

The Court has reviewed all of the papers filed in conjunction with the complaint and motion and on May 16, 2006, entered a Ruling denying plaintiffs' motion and dismissing the case with prejudice.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 25th day of May 2006.

                                                        KEVIN F. ROWE, Clerk

                                                        By ___/s/_____
                                                             Alice Montz
                                                             Deputy Clerk


Entered on Docket _____