# UNITED STATES DISTRICT COURT

## OF CONNECTICUT



FILED

2006 JUL 28 A 11: 22

U.S. DISTRICT COURT

### AT BRIDGEPORT

HADLEY MACPHERSON (EGAN)

**RACHEL EGAN**                              CIVIL CASE:  3:02CV1309    SRU

LOYAL EGAN                                    HON. STEFAN UNDERHILL

    plaintiffs, pro se

V.

ATTORNEY JOHN BERMAN

BERMAN, BOURNS, & CURRIE LLC

BERMAN, BOURNS, AARON & DEMBO LLC

PAUL EGAN

    defendants

### Corrected NOTICE OF APPEAL

Pursuant to F.R.A.P. 4(a)(1), Hadley Macpherson, Rachel Egan, and Loyal Egan hereby given notice and appeals to the United States Court of Appeals for the Second Circuit from the following Judgment or Order :

1. June 27, 2006 <u>Order / Ruling</u> (entered June 28, 2006, denying plaintiffs' Motion for Relief under Rule 60(a) requesting correction, rectification, and completion of the Docket and Record.

2. May 25, 2005 <u>Judgment</u> (entered May 25, 2006) in favor of defendants, and Dismissal under Rule 41.

3. January 18, 2006 <u>Ruling</u> (entered February 8, 2006) Striking plaintiffs' Amended Complaint dated May 14, 2004 and plaintiffs' Second Amended Complaint dated March 15, 2006. (Docket entry 134)

4. January 18, 2006 <u>Order</u> (<u>not</u> entered, appearing only in <u>Trascript</u> of January 18, 2006 Pre-Trial Hearing before Hon. Stefan Underhill), instructing plaintiffs' to file an Amended Complaint to be filed in District Court by February 10, 2006, limited to 25 pages in length, or the plaintiffs' would be Dismissed. (Docket Entry 135)

Date: July 28, 2006

_Hadley Macpherson_
_Rachel Egan (on behalf of)_
_Loyal Egan (by on behalf of)_
Signature

Hadley Macpherson
Rachel Egan
Loyal Egan
Print Name

2015 McKenzie Creek Drive
Charlotte North Carolina
28270
Address