noa

UNITED STATES DISTRICT COURT

OF CONNECTICUT

FILED
2006 AUG -1 A 9:58

DISTRICT COURT

AT BRIDGEPORT

| | |
|---|---|
| HADLEY MACPHERSON (EGAN)<br>RACHEL EGAN<br>LOYAL EGAN | CIVIL CASE: 3:02CV1309 SRU |
| plaintiffs, pro se | HON. STEFAN UNDERHILL |
| V. | |
| ATTORNEY JOHN BERMAN<br>BERMAN, BOURNS & CURRIE, LLC<br>BERMAN, BOURNS, AARON & DEMBO LLC<br>PAUL EGAN | JULY 30, 2006 |
| defendants, | |

## SECOND CORRECTED NOTICE OF APPEAL

This second corrected Notice of Appeal corrects the typos in dates as to the Orders and Rulings being appealed of.

Pursuant to F.R.A.P. 4(a)(1), Hadley Macpherson, Rachel Egan, and Loyal Egan, hereby give notice and appeals to the United States Court of Appeals for the Second Circuit from the following Judgment or Order:

1. June 27, 2006 **Order/Ruling** (entered June 28, 2006, as docket entry **106**) denying plaintiffs' Motion for Relief under Rule 60(a) (docket entry **105**) requesting correction, rectification, and completion of the Docket and Record.

2. May 16, 2006, **Order/ Ruling/Opinion,** (entered May 17, 2006 as docket entry **103**) denying plaintiffs Request to file Amended Complaint late (docket entry **78**) and dismissing plaintiff's case under Rule 41, with prejudice.

3. May 25, 2006 **Judgment** (entered May 25, 2006 as docket entry **104**) in favor of defendants, with prejudice.

4. January 18, 2006 **Oral Ruling/Ruling** (not entered, but appearing only in Transcript of January 18, 2006 Pre-Trial Hearing before Hon. Stefan Underhill) Sua Sponte Striking plaintiffs' Amended Complaint dated May 14, 2004 (docket entry **44**) and Sua Sponte Striking plaintiffs' Second Amended Complaint dated March 15, 2005 (docket entry **64**), (Transcript docketed as docket entry **76**)

5. January 18, 2006 **Oral Order** (not entered, but appearing only in Transcript of January 18, 2006 Pre-Trial Hearing before Hon. Stefan Underhill), instructing plaintiffs' To file another Amended Complaint, to be filed in District Court by February 10, 2006, limited to 25 pages in length, or the plaintiff's would be Dismissed. (Transcript docketed as docket entry **76**).

*Rachel J. Egan*
*Loyal B. Egan*
*Hadley Macpherson*
Signatures

Rachel J. Egan

Loyal B. Egan

Hadley Macpherson
Printed Names

Date: July 30, 2006

2015 Mckenzie Creek Dr
Charlotte NC
28270

## Certification

A copy of the foregoing was mailed/delivered this day of July 30, 2006 to Attorney James Wade at 20 Trumbull Street in Hartford CT. and to Pearl Egan a P.O. Box 88 Centerbrook CT.

_Holly Mayhew_