**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604

KEVIN F. ROWE
CLERK

TEL. NO. 579-5861
(AREA CODE 203)

ELSIE MATA
CHIEF DEPUTY CLERK

CHRYSTINE CODY
DEPUTY-IN-CHARGE
BRIDGEPORT

FILED 2007 MAR -8 A 11: 59
U.S. DISTRICT COURT
BRIDGEPORT, CONN

March 1, 2007

Clerk
U.S. Court of Appeals
U.S. Courthouse
Foley Square
New York, NY   10007

    Case No:    3:02 cv 1309 (SRU)
  Case Name:  Macpherson, et al v. Berman, et al
     USCA:    06-3565-cv

Dear Clerk:

Forwarded herewith is the Record on Appeal Consisting of Paper Documents 1-26, 44, 64, 74-76, 95 and 111-113 in the above-entitled case, together with a copy of the Notice of Electronic Filing indicating the documents that are enclosed.

                               Respectfully,

                               Kevin F. Rowe, Clerk

                             *[signature]*
                      By:    Tasha Simpson
                         Deputy Clerk

Encl.

Please acknowledge receipt on the copy of this letter and return it to the Clerk's Office in the envelope provided.

ACKNOWLEDGMENT: *Stanley A. [signature]*    DATE: 03/06/07