

MANDATE

D.Conn.
02-cv-1309
Underhill, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, at 500 Pearl Street, in the City of New York, on the 18th day of May, two thousand seven,

Present:

Hon. Amalya L. Kearse,
Hon. Rosemary S. Pooler,
*Circuit Judges*,
Hon. Richard Mills,[*]
*District Judge*.



UNITED STATES COURT OF APPEALS
FILED
MAY 18 2007
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

---

Hadley Macpherson, *et al.*,

Plaintiffs-Appellants,

v.

John Berman, *et al.*,

Defendants-Appellees.

06-3565-cv

---

Appellee moves to dismiss the Appellants' appeal of the district court's denial of the Appellants' Federal Rule of Civil Procedure 60(b) motion for reconsideration. Upon due consideration, it is ORDERED that the Appellee's motion is GRANTED and the appeal is DISMISSED. *See* Fed. R. App. P. 3(a)(2) (providing that "[a]n appellant's failure to take any step other than the timely filing of a notice of appeal . . . is ground for the court of appeals to act as it considers appropriate, including dismissing the appeal"); *see also* Fed. R. App. P. 31(c) (stating that "[i]f an appellant fails

MAY 18 2007

---

[*]The Honorable Richard Mills, Senior Judge, of the United States District Court for the Central District of Illinois, sitting by designation.

to file a brief within the time provided by this rule, or within an extended time, an appellee may move to dismiss the appeal"). Appellants failed to file their brief despite several extensions of time, and the district court's dismissal was essentially for failure to prosecute.

FOR THE COURT:
Thomas Asreen, Acting Clerk

By: *Lucille Carr*

SAO-BB

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by_____
DEPUTY CLERK

D.Conn.
02-cv-1309
Underhill, J.

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, at 500 Pearl Street, in the City of New York, on the 18th day of May, two thousand seven,

Present:

      Hon. Amalya L. Kearse,
      Hon. Rosemary S. Pooler,
           *Circuit Judges,*
      Hon. Richard Mills,*
           *District Judge.*



------------------------------------------------

Hadley Macpherson, *et al.*,

           Plaintiffs-Appellants,

       v.                                06-3565-cv

John Berman, *et al.*,

           Defendants-Appellees.

------------------------------------------------

Appellee moves to dismiss the Appellants' appeal of the district court's denial of the Appellants' Federal Rule of Civil Procedure 60(b) motion for reconsideration. Upon due consideration, it is ORDERED that the Appellee's motion is GRANTED and the appeal is DISMISSED. *See* Fed. R. App. P. 3(a)(2) (providing that "[a]n appellant's failure to take any step other than the timely filing of a notice of appeal . . . is ground for the court of appeals to act as it considers appropriate, including dismissing the appeal"); *see also* Fed. R. App. P. 31(c) (stating that "[i]f an appellant fails

MAY 1 8 2007

------------------------------------------------

*The Honorable Richard Mills, Senior Judge, of the United States District Court for the Central District of Illinois, sitting by designation.

IE MANDATE, CONSISTING OF
EMS BELOW, HAS BEEN RECEIVED
OPINION ( ) STATEMENT OF COSTS
ORDER
CEIVED BY:_____DATE

to file a brief within the time provided by this rule, or within an extended time, an appellee may move to dismiss the appeal"). Appellants failed to file their brief despite several extensions of time, and the district court's dismissal was essentially for failure to prosecute.

FOR THE COURT:
Thomas Asreen, Acting Clerk

By: *Lucille Carr*

SAO-BB